UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HILL, | No. C 11-4793 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| T. VIRGA, warden, | |
| Respondent. | |

Respondent has filed an ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Bruce Ortega, the court GRANTS respondent's request. (Docket # 6.) Respondent must file and serve his response to the petition no later than **March 2, 2012**. Petitioner must file and serve his traverse no later than **April 6, 2012.**

IT IS SO ORDERED.

DATED: January 10, 2012

_____
SUSAN ILLSTON
United States District Judge