UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HILL, | No. C 11-4793 YGR (PR) |
| Petitioner, | **ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES** |
| v. | |
| T. VIRGA and K. HARRIS, | |
| Respondents. | |

Petitioner seeks federal habeas relief from his state convictions. His motion (Docket No. 15) to file a 35-page traverse, which is 10 pages in excess of the Court's 25-page limit for filings, is GRANTED. The Clerk shall terminate Docket No. 15.

**IT IS SO ORDERED**.

DATED: October 26, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE