UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DAVID L. HILL,

    Petitioner,

    v.

T. VIRGA, Warden,

    Respondent.

No. C 11-4793 YGR (PR)

**JUDGMENT**

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: January 28, 2013

                                                                  YVONNE GONZALEZ ROGERS
                                                                  UNITED STATES DISTRICT COURT JUDGE

C:\Users\StoneF\AppData\Local\Temp\notes06E812\Hill 11-4793.jud.wpd