**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID L. HILL, | No. C 11-4793 YGR (PR) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| T. VIRGA, Warden, | |
|     Respondent. / | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: January 28, 2013

                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**

C:\Users\StoneF\AppData\Local\Temp\notes06E812\Hill 11-4793.jud.wpd