UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LEE HILL,

    Petitioner,

  v.

T. VIRGA and K. HARRIS,

    Respondents.
_____/

No. C 11-4793 YGR (PR)

**ORDER GRANTING, IN PART, MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

    This is a closed federal habeas corpus action. The petition was denied and judgment was entered in favor of Respondent on January 28, 2013. Petitioner now moves for an extension of time to file a notice of appeal (NOA). (Docket No. 22). For the reasons stated herein, Petitioner's motion is GRANTED, IN PART.

    An appeal of right may be taken only by filing a valid NOA in the district court within the time allowed by Federal Rule of Appellate Procedure 4. See Fed. R. App. P. 3(a)(1). The NOA must be filed within thirty days after the date judgment is entered. See Fed. R. App. P. 4(a)(1). Under this rule, Petitioner should have filed his NOA no later than February 27, 2013, which is thirty days after judgment was entered. On March 21, 2013, Petitioner mailed this motion for a sixty-day extension of time to file his NOA.[1]

    Relief from the deadline for filing an NOA may be obtained by a motion in the district

---

[1] The motion was filed by the Court on March 25, 2013. For purposes of this motion, the Court considers that Petitioner put the motion in the prison mail the day he signed it and will use that as the filing date under the prisoner mailbox rule. See Houston v. Lack, 487 U.S. 266, 276 (1988).

court under Federal Rule of Appellate Procedure 4(a)(5) (motion for an extension of time) or 4(a)(6) (motion to reopen time to file appeal). Federal Rule of Appellate Procedure 4(a)(5) allows a motion for an extension of time if the party requests it within thirty days of the expiration of the time to file the notice and shows excusable neglect or good cause. "No extension under this rule 4(a)(5) may exceed 30 days after the prescribed time [that is, 30 days after the deadline for filing an NOA has passed] or 14 days after the date when the order granting the motion is entered, whichever is later." Fed. R. App. P. 4(a)(5)(C).

Petitioner, then, had until March 29, 2013 to file a motion for an extension of time to file his NOA. Therefore, his motion filed on March 21, 2013 is timely. The Court finds that Petitioner has shown good cause for the delay. However, Federal Rule of Appellate Procedure 4(a)(5) does not allow an extension of sixty days, as Petitioner requests. Under the circumstances here, Rule 4(a)(5) allows an extension of fourteen days from the filing date of this order. Therefore, Petitioner is granted leave to file his NOA within fourteen days from the date of this Order.

## CONCLUSION

For good cause shown, Petitioner's motion for an extension of time to file a notice of appeal is GRANTED, IN PART. Petitioner has fourteen days from the date of this Order to file his notice of appeal. The Clerk shall send a copy of this Order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED**.

DATED: April 8, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**